EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2002

at ___ o'clock and ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. CR02-00149 HG |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| VS. | ) | [21 U.S.C. 846, 841(a)(1) & |
| | ) | 841(b)(1); 18 U.S.C. 2] |
| CHRISTOPHER MUNDON, (01) | ) | |
| RICHARD GLASER, aka (02) | ) | |
| "Richie", | ) | |
| DESI LAPINID, (03) | ) | |
| | ) | |
| Defendants. | ) | |

### INDICTMENT

Count 1:

The Grand Jury charges that:

From a time unknown to the grand jury up through and including on or about April 6, 2002 in the District of Hawaii and elsewhere, defendants:

> **CHRISTOPHER MUNDON,**
> **RICHARD GLASER,** also known as "Richie",
> **DESI LAPINID,**

and others known and unknown to the grand jury knowingly and intentionally conspired to distribute and to possess with intent to distribute five-hundred (500) grams or more of a mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance, and some quantity of cocaine, a Schedule II narcotic controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

### Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about February 12, 2002 on the Island of Hawaii, Mundon spoke on the telephone to a cooperating individual (hereinafter "CI");

2. On or about February 21, 2002 on the Island of Hawaii, Mundon spoke on the telephone to the CI;

3. On or about February 22, 2002 on the Island of Hawaii, Mundon spoke on the telephone to the CI;

4. On or about February 22, 2002 on the Island of Hawaii, Glaser spoke on the telephone to the CI;

5. On or about February 22, 2002 at the Wal-Mart parking lot in Kailua-Kona, Island of Hawaii, Glaser sold to the CI about one (1) ounce of methamphetamine;

6. On or about April 3, 2002 on the Island of Hawaii, Mundon spoke on the telephone to the CI;

7. On or about April 4, 2002 on the Island of Hawaii, Mundon spoke on the telephone to the CI;

8. On or about April 5, 2002 on the Island of Hawaii, Lapinid drove Mundon from Mundon's residence to meet another another person;

9. On or about April 5, 2002 at his residence located at 75-5532 Kealia Street, Island of Hawaii, Mundon handled plastic bags containing a pseudomethamphetamine substance;

10. On or about April 6, 2002 and at earlier times during the period charged in this conspiracy, on the Island of Hawaii, Glaser possessed a quantity of cocaine;

11. On or about April 6, 2002 and at earlier times during the period charged in this conspiracy, on the Island of Hawaii, Mundon possessed a quantity of cocaine;

12. On or about April 6, 2002 and at earlier times during the period charged in this conspiracy, on the Island of Hawaii, Mundon possessed approximately $96,932 in U.S. currency;

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

On or about February 22, 2002 in the District of Hawaii, defendants:

>**CHRISTOPHER MUNDON**, and
>**RICHARD GLASER**, also known as "Richie",

knowingly and intentionally distributed five (5) grams or more of methamphetamine, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count 3:

The Grand Jury further charges that:

On or about April 5, 2002 in the District of Hawaii, defendants:

>**CHRISTOPHER MUNDON**,
>**RICHARD GLASER**, also known as "Richie", and
>**DESI LAPINID**,

knowingly and intentionally attempted to possess with intent to distribute five-hundred (500) grams or more of a mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance,

All in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

<u>Count 4</u>:

The Grand Jury further charges that:

On or about April 6, 2002 in the District of Hawaii, defendants:

    **CHRISTOPHER MUNDON**, and
    **RICHARD GLASER**, also known as "Richie",

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic controlled substance,

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

DATED: Honolulu, Hawaii, April 18, 2002.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON


EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney


<u>USA v. Mundon, Glaser & Lapinid</u>, USDC-Hawaii, Indictment.